# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| **CHARMAINE PERKINS** | § | |
| | § | |
| **V.** | § | **Case No.   1:06-CV-688** |
| | § | |
| **ALLSTATE TEXAS LLOYD'S** | § | |

## ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The court referred this matter to the Honorable Earl S. Hines, United States magistrate judge, for pretrial proceedings pursuant to a referral order entered November 7, 2006.  The court has received and considered the report of the United States magistrate judge, who recommends that the court remand this case to the 136th Judicial District Court of Jefferson County, Texas.

The magistrate judge's report is hereby **ADOPTED**.  This case is **REMANDED** to the 136th Judicial District Court of Jefferson County, Texas.  The purpose of the referral having been served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

So **ORDERED** and **SIGNED** this **28** day of **December, 2006.**

_____
Ron Clark, United States District Judge